IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY JOHN HODGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22-00756-CV-W-DPR-SSA |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 24.) Pursuant to the EAJA, Plaintiff requests an award of attorney fees in the amount of $8,701.38. The parties have since agreed to an award of fees and expenses in the amount of $7,500.00. (Docs. 25, 26.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the agreed amount is reasonable. Also, per Plaintiff's Affidavit, the award may be made payable to Cathleen A. Shine. (Doc. 24-1.)

It is therefore **ORDERED** that

1. The Motion for Attorney Fees is **GRANTED** per the parties' agreement; and

2. An award of attorney fees in the amount of $7,500.00 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: October 2, 2022